UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILDEIKER JOSE MUNOZ-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FACILITY ADMINISTRATOR NORTHWEST ICE PROCESSING CENTER ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-04203-JHC<br><br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion for Appointment of Counsel. Dkt. # 2.

Because of the complex issues involved in this case, the Court believes that the interests of justice may require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings. Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to file an application demonstrating

eligibility for appointment of counsel under 18 U.S.C. § 3006A. If the Federal Public Defender declines assistance, Petitioner will remain pro se.

The Clerk is DIRECTED to send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.

Dated this 30th day of October, 2026.

John H. Chun
United States District Judge